IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-0051 |
| ) | Judge Trauger |
| KOHL'S DEPARTMENT STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Compel filed by Linda Jordan (Docket No. 20) is **DENIED WITHOUT PREJUDICE**.

It is so Ordered.

Entered this 28th day of July 2010.

ALETA A. TRAUGER
United States District Judge