IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-0051 |
| ) | Judge Trauger |
| KOHL's DEPARTMENT STORES, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 54) is **GRANTED**, and this case is **DISMISSED** with prejudice. Entry of this Order shall constitute the judgment in this case.

It is so ordered.

Enter this 17th day of May 2011.

_____
ALETA A. TRAUGER
United States District Judge